```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
MARY BENNETT,

              Plaintiff,
                                            ORDER
        - against -
                                            22 Civ. 10454 (NRB)
BJ'S WHOLESALE CLUB, INC.,

              Defendant.
---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on November 10, 2022 this case was filed in New York State Supreme Court, Nassau County; and

    **WHEREAS** on December 9, 2022 defendants filed a notice of removal to this Court; and

    **WHEREAS** pursuant to 28 U.S.C. § 1441(a), state civil actions "may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending" -- in this case, the United States District Court for the Eastern District of New York; it is hereby

    **ORDERED** that this action is transferred to the United States District Court for the Eastern District of New York; and it is further

    **ORDERED** that the Clerk of the Court shall transfer the case file to the Eastern District of New York and shall close the case on the docket of this Court.

2

DATED:   New York, New York
         December 22, 2022

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE